**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOE FERRARI**                                                                **PLAINTIFF**

**v.**                              **Case No. 4:25-cv-00440-KGB**

**FLINT GROUP PACKAGING INKS**
**NORTH AMERICA CORPORATION**                              **DEFENDANT**

## ORDER

Pending before the Court is plaintiff Joe Ferrari's expedited motion to compel complete responses and incorporated brief in support of protective order, continuance, or limitation of plaintiff's deposition (Dkt. No. 22). The Court reached out to the parties *via* electronic mail to determine when a telephonic hearing on the motions could be held. Having considered the record in this matter and conferred with Ferrari and counsel for defendant Flint Group Packaging Inks North America Corporation ("Flint Group"), the Court will conduct a hearing *via* telephone on Thursday, July 23, 2026, at 9:00 a.m. Central Standard Time. The Court will conduct the hearing in this matter at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas 72201, Courtroom 4C. Plaintiff and counsel for Flint Group will participate by telephone, with participation information to be provided by the Court.

It is so ordered this 22nd day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge